F07-3267 jbh

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2006-W2 Under the Pooling and Servicing Agreement Dated as of February 1, 2006, Without Recourse ) ) ) ) ) ) ) ) | |
| | CASE NO.:  07-2145 |
| Plaintiff ) ) | |
| | JUDGE: Solomon Oliver, Jr. |
| v. ) ) | **JUDGMENT** |
| ) ) | |
| Mehedi Hassan, et al. ) ) | |
| Defendants ) | |

UNITED STATES DISTRICT JUDGE SOLOMON OLIVER, JR.

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED:**

**DATE:** 12/28/2007

/s/SOLOMON OLIVER, JR.

**JUDGE SOLOMON OLIVER, JR.**
**UNITED STATES DISTRICT JUDGE**